# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SATIUS HOLDING, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-850-MN-CJB |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## [PROPOSED] ORDER

At Wilmington, this __ day of August, 2019, having considered Defendants' request to compel responses to certain of Defendants' interrogatories;

IT IS HEREBY ORDERED that Defendants' request is GRANTED.

Plaintiff shall provide substantive, narrative responses to Defendants' Interrogatories Nos. 7, 8, 10, 11, 13 and 14, within two weeks of the date of this Order. Plaintiff's responses must adequately set forth the requested contentions; and, where Plaintiff invokes Fed. R. Civ. P. 33(d), Plaintiff must specify the documents identified in sufficient detail, such as by Bates number.

_____
United States Magistrate Judge