**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SATIUS HOLDING, LLC f/k/a/ SATIUS HOLDING, INC., a Delaware Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation,<br><br>Defendants. | ) | C.A. No. 18-850-CJB |

# FINAL JUDGMENT

WHEREAS, on December 12, 2024, the Court issued a Memorandum Order regarding *Markman* (D.I. 254);

WHEREAS, Plaintiff Satius Holding, LLC ("Plaintiff") asserted Claims 1, 11, and 18 of U.S. Patent No. 6,711,385 (the "'385 Patent") against Defendants Samsung Electronics Co. LTD and Samsung Electronics America, Inc. ("Defendants");

The Court enters Final Judgment as follows:

1. Judgment of invalidity of Claims 1, 11, and 18 of the '385 Patent under 35 U.S.C. § 112 is entered in favor of Defendants.
2. Based on the judgment of invalidity of Claims 1, 11, and 18 of the '385 Patent under 35 U.S.C. § 112, all pending requests for relief in Plaintiff's Complaint (D.I. 1) are denied, and accordingly, judgment is entered in favor of Defendants on their affirmative defense of invalidity to Count I of Plaintiff's Complaint (D.I. 1).
3. Defendants' remaining defenses are dismissed without prejudice as moot.

This judgment is without prejudice to any party's ability to seek attorney's fees and costs, including pursuant to 35 U.S.C. § 285 and the Court's inherent powers.

This is a final judgment and may be appealed if a notice of appeal is filed within 30 days of the date on which this judgment was ordered.

**SO ORDERED** this 16th day of January 2025.

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

11987064