**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SATIUS HOLDING, LLC,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | C.A. No. 18-850-JLH-CJB<br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the United States Court of Appeals for the Federal Circuit affirmed this Court's final judgment on October 1, 2026, in Federal Circuit Case No. 2025-1446;

WHEREAS, the Court previously extended the deadline to file any motion for attorney's fees and/or bill of costs under Federal Rule of Civil Procedure 54(d)(2) and District of Delaware Local Rule 54.1, including any motion that this case is exceptional under 35 U.S.C. § 285 (D.I. 263; Jan. 29, 2025 Text Order), until 30 days after the Federal Circuit's mandate issues;

WHEREAS, Plaintiff and Defendants have mutually agreed that (i) Plaintiff will not seek rehearing before the United States Court of Appeals for the Federal Circuit or file a petition for writ of certiorari before the Supreme Court of the United States, in both instances concerning Federal Circuit Case No. 2025-1446 or Federal Circuit Case No. 2025-1444; and (ii) Defendants will not seek costs or attorney's fees for this case;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that (i) Plaintiff will not seek rehearing before the United States Court of Appeals for the Federal Circuit or file a petition for writ of certiorari before the Supreme Court of the United States, in

both instances concerning Federal Circuit Case No. 2025-1446 or Federal Circuit Case No. 2025-1444; and (ii) Defendants will not seek costs or attorney's fees for this case. Each side shall bear its own costs and fees in this matter.

Dated: November 6, 2026

POTTER ANDERSON CORROON LLP

*/s/ Philip A. Rovner*
Philip A. Rovner (No. 3215)
Nicole K. Pedi (No. 6236)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
npedi@potteranderson.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendants*

SO ORDERED this ____ day of _______, 2026.

______________________________
United States Magistrate Judge